RECEIVED

MAR 0 4 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MICHAEL D. SUMRALL | : | CIVIL ACTION NO: 2:12-cv-354 |
| VERSUS | : | JUDGE DONALD E. WALTER |
| WARDEN, LOUISIANA STATE PENITENTIARY A/K/A N. BURL CAIN | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, [Doc. #12], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the absence of objections to the Report and Recommendation in the record:

**IT IS ORDERED** that petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED and DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, this 4 day of March, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE